**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| THEIA TECHNOLOGIES, LLC | : | |
| Plaintiff, | : | |
| v. | : | Case No.  2:20-cv-00097-GEKP |
| THEIA GROUP, INCORPORATED, | : | |
| -- and -- | : | |
| THEIA HOLDINGS A, INC. | : | |
| Defendants. | : | |

**DECLARATION OF FRANK J. BONINI, JR. IN SUPPORT OF THEIA GROUP'S RESPONSE TO PLAINTIFF'S NEW EVIDENCE, NEW ALLEGED CLAIM, AND NEW REQUESTED PRELIMINARY RELIEF IN ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

I, Frank J. Bonini, Jr., hereby declare as follows:

1.      I am an attorney for Defendants Theia Group, Incorporated and Theia

Holdings A, Inc. (collectively, "Theia Group").  I am personally knowledgeable regarding the

subject matter stated herein and make this declaration in support of Theia Group's Response to

Plaintiff's New Evidence, New Alleged Claim, and New Requested Preliminary Relief in

connection with its Motion for Preliminary Injunction.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the

June 22, 2020 deposition transcript of Joseph Fargnoli taken in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: October 15, 2020                                          *s/ Frank J. Bonini, Jr.*

2

## CERTIFICATE OF SERVICE

I, FRANK J. BONINI, JR., ESQUIRE, attorney for Defendants Theia Group, Incorporated and Theia Holdings A, Inc. hereby certify that I filed the within DECLARATION OF FRANK JR. BONINI IN SUPPORT OF THEIA GROUP'S RESPONSE TO PLAINTIFF'S NEW EVIDENCE, NEW ALLEGED CLAIM, AND NEW REQUESTED PRELIMINARY RELIEF IN ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION electronically and it is now available for viewing and downloading from the ECF system for the following:

Hillary A. Brooks, Esquire
Delfina S. Homen, Esquire
BROOKS QUINN, LLC
6513 132nd Avenue NE # 378
Kirkland, WA 98033

Diane Siegel Danoff, Esquire
Luke M. Reilly, Esquire
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104


Bonini IP Law, LLC


By:    s/Frank J. Bonini, Jr.
          Frank J. Bonini, Jr., Esquire
          Attorney for Defendants
          Theia Group, Incorporated
          Theia Holdings A, Inc.


Date:  October 15, 2020