# EXHIBIT 1



- COURT REPORTING
- LEGAL VIDEOGRAPHY
- VIDEOCONFERENCING
- TRIAL PRESENTATION
- MOCK JURY SERVICES
- LEGAL TRANSCRIPTION
- COPYING AND SCANNING
- LANGUAGE INTERPRETERS







(800) 528-3335
NAEGELIUSA.COM

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

THEIA TECHNOLOGIES, LLC, an
Oregon domestic limited
liability company,

    Plaintiff,

vs.                                              2:20-CV00097GEKP

THEIA GROUP, INC., a Delaware
corporation, and THEIA HOLDINGS A,
INC., a Delaware corporation,

    Defendants.

_____

**REMOTE DEPOSITION BY VIDEO CONFERENCE OF**

**JOSEPH D. FARGNOLI**

**TAKEN ON**
**MONDAY, JUNE 22, 2020**
**11:40 A.M.**

**APPEARANCES**

**Appearing on behalf of the Plaintiff:**

DELFINA HOMEN, ESQUIRE

HILLARY A. BROOKS, ESQUIRE

**BROOKS QUINN LLC (Via Zoom)**

6513 132nd Ave NE, Suite 378

KIRKLAND, WA 98033

(503)435-8556

delfina@brooksquinn.com

hillary@brooksquinn.com


**Appearing on behalf of the Defendants:**

FRANK J. BONINI, ESQUIRE (Via Zoom)

**BONINI LAW OFFICES**

150 N. RADNOR CHESTER RD.

SUITE F200

RADNOR, PA 19087

(484)382-3060

fbonini@boninilaw.com

**APPEARANCES CONTINUED**

**Appearing on behalf of the Defendants:**

JAMES HICKEY, ESQUIRE

**GALLAGHER & TURCHI, P.C.**

1600 Market Street Ste 1320

PHILADELPHIA, PA 19103

(215)963-1555

james@gallagher-law.com

1        **REMOTE DEPOSITION BY VIDEO CONFERENCE OF**

2                    **JOSEPH D. FARGNOLI**

3                         **TAKEN ON**

4                    **MONDAY, JUNE 22, 2020**

5                         **11:40 A.M.**

6

7        **THE REPORTER:** The time is 11:40 a.m. and
8   we are on the record.  Mr. Fargnoli, can you raise
9   your right hand?  Do you solemnly swear or affirm
10  under penalty of perjury that the testimony you're
11  about to give will be the truth, the whole truth,
12  and nothing but the truth?
13       **THE WITNESS:** I do.
14       **THE REPORTER:** Thank you.  I just need to
15  make a quick statement before we begin.  I would
16  like to stipulate on the record, the testimony will
17  be captured by a professional digital reporter and
18  that all agree to this method of preserving today's
19  record.  The testimony will be transcribed and
20  certified.
21       Ms. Homen, do you agree?
22       **MS. HOMEN:** I agree.
23       **THE REPORTER:** Mr. Bonini, do you agree?
24       **MR. BONINI:** Yes, I agree.
25       **THE REPORTER:** Thank you.  We may move

```
 1  forward.
 2  JOSEPH D. FARGNOLI, was sworn and testified as
 3  follows,
 4  EXAMINATION
 5  BY MS. HOMEN:
 6      Q    Good morning.  Thank you for your
 7  patience.  I know it took a little time to get this
 8  rolling, but that's the world we live in now.  So
 9  could you please state your name for the record.
10      A    I'm Joseph D. Fargnoli.
11      Q    And how are you feeling today, Mr.
12  Fargnoli?  Should I call you Fargnoli or Joseph, or
13  what would you prefer?
14      A    Joseph is fine.
15      Q    Okay.  How are you feeling today, Joseph?
16      A    Fine.
17      Q    Have you taken any medications or other
18  things today that could affect your ability to
19  answer questions?
20      A    No.
21      Q    Do you have any medical conditions or
22  illnesses that could affect your ability to answer
23  questions?
24      A    No.
25      Q    Have you ever been deposed before?
```

1  **Will you still be able to see it?**

2     A    Let me try. I can see it. It's just

3  small.

4     **Q    I can make it bigger. Thank you for your**

5  **patience with us?**

6     A    If you do a page wide, that's pretty good.

7     **Q    Okay. Can you please read out loud for me**

8  **the first paragraph on the first page of this**

9  **document next to the heading "goods and services"?**

10    A    Sure. "IC 009. US 021 023 026 036 038 G &

11  S Satellite hardware, namely computer hardware

12  satellite receives, satellite dishes, satellite

13  transceivers, electronic data sensors, remote

14  sensors for use in measuring and monitoring activity

15  taking place on, above, and below the earth's

16  surface and associated software for controlling the

17  aforementioned hardware for collecting, processing,

18  analyzing and reporting data and backhauling data

19  from another orbiting constellation of satellites

20  which replaces some or all of the need for the

21  constellation satellites to downlink directly to

22  earth on their own, modules namely computer memory

23  and integrated circuit modules for backhauling data

24  from another orbiting constellation of satellites

25  where the aforementioned replaces some or all of

1  need for the constellation satellites to downlink
2  directly to earth on their own."
3     Q    Thank you.  Is it an accurate description
4  **of the goods that Theia Group intends to use the**
5  **trademark Theia for?**
6     A    Well, I think what it is a description of
7  the combination of goods that go into what we're
8  delivering.  We will not sell satellite hardware
9  under the Theia name, to my knowledge, or computer
10 hardware, or satellite receivers.  These are the
11 various components that go into delivering the Theia
12 information products.
13    Q    Is that because earlier I believe you said
14 **that you were going to be selling services but not**
15 **goods, correct?**
16    A    Correct.
17    Q    Did Theia Group ever intend to sell the
18 **goods that are listed here?**
19    A    Not to my knowledge, no.  We have
20 continuously be a, like I said, a wall guarded
21 system where these -- all of these components to
22 some level are needed to deliver the service that we
23 offer.  But we are not trying to deliver any one of
24 these services individually as a stand-alone
25 product.  So when a customer comes to us with an

```
 1  interest in the application of our service, they may
 2  get some computer hardware.  They may get some
 3  satellite receivers.  They may get some satellite
 4  transceivers, some electronic data sensors, suitable
 5  for the arrangement that they need for the service
 6  that they need.  Those elements are part of the
 7  overall offering, but the Theia offering is that
 8  service, not the individual components, explicitly
 9  not the individual components.
10       Q    So you say that your customers may receive
11  some of these things as part of being -- I guess
12  being able to receive your services.  Is that a fair
13  characterization?
14       A    Right.
15       Q    So would those products be branded Theia?
16       A    You know, in many cases they're likely
17  going to be branded through our enterprise business
18  partners.  If ACME industries to use -- to coin a
19  phrase, becomes our industry partner in one of these
20  market verticals, it is very likely that both pieces
21  of equipment will somehow bear representation of
22  having come through ACME industries.
23       Q    Okay.  So in that circumstance in the ACME
24  industries is an example that you give.  Would
25  customers, would end users of the services from --
```

1    A    I believe they would.  I can't see any
2  exceptions right now.
3    **Q    Does the full motion imaging sensor or --**
4  **the data analytics that would be obtained from a**
5  **full motion imaging sensor fall within this category**
6  **of services that's described here?**
7    A    So the full motion video is in the area of
8  visible electromagnetic wavelengths.  It's part of
9  the visible ultra magnetic wavelengths.
10   **Q    Okay.  Is the Theia Mark currently in use**
11 **for any of the goods and services listed in this**
12 **document?**
13   A    I don't believe that it is.
14   **Q    Okay.**
15   A    Can I just give a point of clarification?
16   **Q    Sure.**
17   A    On that first paragraph, I described how
18 our services would be offered through ACME
19 industries.  I'm not precluding that they could be
20 offered through like a future Theia subsidiary.  If
21 you recall, there was Theia Insurance and Theia Risk
22 Management Solutions.  So I just want to be clear
23 that I'm not trying to say that ACME is the only
24 model that we could ever do, but in the near term, I
25 have done sales and promote sensing analytics, it's

```
 1  hard.  It's really hard.  It's a lot easier to work
 2  with an established company like ACME, who takes
 3  your data flow and moves it through their sales
 4  channels, their established sales channels.  So I
 5  just wanted to clarify that.
 6       Q    Okay.  Did somebody there in the room with
 7  you just ask you to clarify that we response?
 8       A    No.
 9       Q    Did anybody pass you a note asking you to
10  clarify response?
11       A    No.  There's no communication, whatsoever,
12  with anybody else.
13            MR. BONINI:  I was going to object to your
14  previous question so my mic clicked on.  That was
15  it.  The paper rustled possibly.
16  BY MS. HOMEN:
17       Q    So before that clarification, I had asked
18  you if the Theia Mark was in use currently for any
19  of the goods and services listed in this document
20  and you said no, correct?
21       A    That was correct.  That was my
22  understanding that it is not in use delivering those
23  goods and services.
24       Q    What is your understanding based on?
25       A    We are not, to my knowledge right now,
```

1  actually delivering services in the market to this
2  point in time.
3     Q    And when will you be delivering services?
4     A    Well, we discussed the satellite schedule.
5  There is the possibility of delivering data analytic
6  services earlier than that on an aircraft platform.
7     Q    Okay. But that would not involve
8  satellites, correct?
9     A    It would not.
10    Q    Okay. And when would that be if you're
11 going to do it earlier, the aviation?
12    A    That could begin this year.
13    Q    Towards the end of this year or when this
14 year?
15    A    Well, that's contingent on some scheduling
16 issues that are a little difficult to predict, but I
17 would just safely say at some point this year.
18    Q    Okay. So does that mean that you will be
19 selling services under the Theia Mark soon?
20    A    I don't know how we are approaching the
21 market in potential near term cases, whether we are
22 offering services through another entity or what the
23 actual market channel opportunity is. When I talk
24 about offering services for us, the important issue
25 is building those strategic relationships so

# CERTIFICATE

I, Anna Laura Kastama, do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

I further certify that I am neither related to counsel or any party to the proceedings nor have any interest in the outcome of the proceedings.

IN WITNESS HEREOF, I have hereunto set my hand this 24th day of June, 2020.

*Anna Laura Kastama*

_____
Anna Laura Kastama