# EXHIBIT C



**THEIA GROUP, INCORPORATED**
1455 PENNSYLVANIA AVE NW SUITE 800
WASHINGTON DC 20004
202-289-8800

21 December 2019

Tahara Dawkins
Director of Commercial Remote Sensing and Regulatory Affairs
National Environmental Satellite Data and Information Service
National Oceanic and Atmospheric Administration
United States Department of Commerce
301-713-3385

Dear Ms. Dawkins,

Pursuant to 15 C.F.R. §960.5(b), THEIA GROUP, Inc. (THEIA) hereby provides the following summary of the Theia Satellite Network (TSN) remote sensing constellation that was commercially licensed on December 20, 2019.

(1) The licensee and its affiliates and subsidiaries inclusive may be contacted at THEIA GROUP INCORPORATED, 1455 PENNSYLVANIA AVE SUITE 800, WASHINGTON DC 20004, with telephone number 202-289-8800.

(2) The TSN satellites will operate in 800 km altitude, 98.6 degree inclination orbits and will continuously collect high resolution spectral, visible, infrared, wide area motion and radar imagery in multiple radar bands. The licensed system also includes satellites orbiting slightly below geo-synchronous altitude for continuous imagery backhaul and certain radar illumination functions.

(3) All service may be made upon EUGENE SULLIVAN, GENERAL COUNSEL, THEIA GROUP INCORPORATED, 1455 PENNSYLVANIA AVE SUITE 800, WASHINGTON DC 20004.

Sincerely,

*Joseph D. Fargnoli*

Joseph D. Fargnoli
Chief Technology Officer
Theia Group Inc
jfargnoli@theiagroupinc.com