IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEIA TECHNOLOGIES LLC,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| THEIA GROUP, INC., *et al.*,<br>*Defendants* | : | No. 20-97 |

### ORDER

**AND NOW**, this 3rd day of November, 2020, upon consideration of Plaintiff's Motion to Compel Responses and Production to Plaintiff's First Requests for Production (Doc. No. 48) and Defendants' Response in Opposition to the Motion to Compel (Doc. No. 49), it is hereby **ORDERED** that:

1. Plaintiff's Request No. 1 is **GRANTED** in part.
2. Plaintiff's Request No. 2 is **GRANTED**.
3. Plaintiff's Request No. 3 is **GRANTED** in part.
4. Plaintiff's Request No. 4 is **GRANTED** in part.
5. Plaintiff's Request No. 6 is **DENIED**.
6. Plaintiff's Request No. 7 is **GRANTED** in part.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1