# Exhibit A





Licensing (licenseHome.html)

Compliance & Monitoring (complianceHome.html)

ACCRES (accresHome.html)

Home (index.html)

| |
|---|
| Authorities (generalAuthorities.html) |
| Resources (generalResources.html) |
| Application Process (generalApplication.html) |
| Tiering (tiering.html) |
| Workshops (crsraWorkshops.html) |
| NOAA Licensees (noaaLicensees.html) |
| FAQ (generalFAQ.html) |
| Links (generalLinks.html) |
| Contact Us (generalContact.html) |

Show Menu

# NOAA Licensees

Last updated (9/29/2020)

| Companies | On orbit | Not on orbit |
|---|:---:|:---:|
| Aerospace Corp - R3 | ✓ | |
| Airbus US - NEOInt | | ✓ |
| AMSAT-NA - Fox-1 | ✓ | |
| Astro Digital US, Inc. - Landmapper-BC | ✓ | |
| Astro Digital US, Inc. - Landmapper-HD | | ✓ |
| BlackSky Global Private Remote Sensing - Global Constellation | ✓ | |
| Capella Space Corporation - Capella SAR Constellation | ✓ | |
| Chandah Space Technologies - InsureSat | | ✓ |
| Craig Technologies - Craig-X FTP | | ✓ |
| DigitalGlobe - GeoEye-1 | ✓ | |
| DigitalGlobe - WorldView | ✓ | |
| DigitalGlobe - Legion | | ✓ |
| General Atomics EMS - LINCS | | ✓ |
| Hera - HopSat | ✓ | |
| HyperSat LLC - HyperSat 1-3 | | ✓ |
| HySpecIQ LLC - HySpec 1&2 | | ✓ |
| Live Earth Imaging, Inc. - Live Earth | | ✓ |
| Loft Orbital Solutions, Inc. - YAM-2 | | ✓ |
| MethaneSat LLC - MethaneSat | | ✓ |
| MyRadar - TRSI2 | | ✓ |
| Orbital Sidekick - Aurora | | ✓ |
| Pixxel - Andand | | ✓ |
| Planet Labs, Inc. - Flock Constellation | ✓ | |
| Planet Labs, Inc. - Flock Red-X | ✓ | |
| Planet Labs, Inc. - Pelican | | ✓ |
| Planet Labs, Inc. - SkySat Constellation | ✓ | |

| Companies | On orbit | Not on orbit |
|---|:---:|:---:|
| Point View Tech - Athena | ✔ | |
| Pumpkin - Supernova-Beta | | ✔ |
| R2 Space, Inc. - T-SAR | | ✔ |
| Raytheon - SeeMe | ✔ | |
| Rocket Labs - Photon | ✔ | |
| Skeyeon, Inc. - Skeyeon Prototype | | ✔ |
| Space Logistics, LLC - MEV 1-5 | ✔ | |
| Space VR - O1-A and O1-B | | ✔ |
| Space X | ✔ | |
| Teledyne Brown Engineering, Inc. - MUSES | ✔ | |
| Theia Group, Inc. - Theia Satellite Network | | ✔ |
| Tyvak - Tyvak 0130 | | ✔ |
| Tyvak - Tyvak 1005 | | ✔ |
| Tyvak - Tyvak 1012 | | ✔ |
| Tyvak - Tyvak 1022 | | ✔ |
| Umbra Lab - Umbra SAR | | ✔ |
| XpressSAR - XpressSAR | | ✔ |
| York Space - Harbinger | ✔ | |

| Academic | On orbit | Not on orbit |
|---|:---:|:---:|
| Brigham Young University - Passive Inspection CubeSats (PIC) | | ✔ |
| California Polytechnic State University - CP7 DAVE | ✔ | |
| California Polytechnic State University - CP9 LEO | ✔ | |
| California Polytechnic State University - Exocube-2 | ✔ | |
| California Polytechnic State University - CP11 ISX | ✔ | |
| California Polytechnic State University - CP 15 Spinmaker | ✔ | |
| Carthage College - CaNOP | | ✔ |

| Academic | On orbit | Not on orbit |
|---|---|---|
| Georgia Institute of Technology - RANGE | ✔ | |
| Iowa State University - CySat-1 | | ✔ |
| Massachusetts Institute of Technology - BeaverCube | | ✔ |
| Robertsville Middle School - RamSat | | ✔ |
| Saint Louis University - Argus-02 | ✔ | |
| Sonoma State University - EdgeCube | ✔ | |
| Teachers in Space, Inc - Serenity | | ✔ |
| University of Colorado Boulder - PolarCube | | ✔ |
| University of Florida - SwampSat | ✔ | |
| University of Georgia - SPOC | | ✔ |
| University of Illinois - CubeSail | ✔ | |
| University of Louisiana at Lafayette - CAPE 3 | | ✔ |
| University of Mass (Lowell) - SPACE HAUC | | ✔ |
| University of Michigan - MC2 | ✔ | |
| University of Michigan - GRIFEX | ✔ | |
| University of Missouri Science and Technology - Mr. and Mrs. SAT | | ✔ |
| University of North Carolina at Wilmington - SeaHawk | ✔ | |
| University of Texas at El Paso - Orbital Factor II | ✔ | |
| University of Washington - HuskySat | ✔ | |
| Washington State University - CougSat-1 | | ✔ |

Last modified: Wednesday, 30-Sep-2020 12:19:24 EDT

© NOAA CRSRA Licensing Program 2017