IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THEIA TECHNOLOGIES LLC,** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **THEIA GROUP, INC.,** *et al.*, *Defendants* | : : : | **No. 20-97** |

## ORDER

**AND NOW**, this 27th day of January, 2021, upon consideration of:

1. Defendants' Motion to Dismiss the Complaint (Doc. No. 10), Plaintiff's Response in Opposition (Doc. No. 15), and Defendants' Reply in Further Support of its Motion to Dismiss (Doc. No. 17), it is **ORDERED** that the Motion (Doc. No. 10) is **DENIED**.

2. Plaintiff's Motion for a Preliminary Injunction (Doc. No. 2), Defendants' Response in Opposition (Doc. No. 11), the hearings held on July 15 and 16, 2020, Plaintiff's Proposed Findings of Fact and Conclusions of Law (Doc. No. 36), Defendants' Proposed Findings of Fact and Conclusions of Law (Doc. No. 35), the conference held on September 10, 2020, Defendants' Response to Plaintiff's Void Ab Initio Argument (Doc. No. 50), and Plaintiff's Response in Further Support of its Void Ab Initio Argument (Doc. No. 54), it is **ORDERED** that the Motion (Doc. No. 2) is **GRANTED IN PART**. The Court will promptly schedule a conference to discuss the scope of injunctive relief along with setting the amount of an appropriate bond.

3. Plaintiff's Motion to Supplement the Record (Doc. No. 38) and Defendants' Response in Opposition to the Motion to Supplement (Doc. No. 43), it is **ORDERED** that the Motion (Doc. No. 38) is **GRANTED**.

1

4. Defendants' Motion to Strike (Doc. No. 40) and Plaintiff's Response in Opposition to the Motion to Strike (Doc. No. 41), it is **ORDERED** that the Motion (Doc. No. 41) is **DENIED**.

5. Further proceedings will be addressed in another Order by the Court.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**
