IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEIA TECHNOLOGIES LLC, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THEIA GROUP, INC. *et al.*, | : | No. 20-097 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 23rd day of February, 2021, upon consideration of Defendants' First Motion to Stay Pending Appeal (Doc. No. 89), the video conference held on February 18, 2021 (Doc. No. 97), and Defendants' Second Motion to Stay Pending Appeal (Doc. No. 99), it is hereby **ORDERED** that:

1. Defendants' First Motion to Stay (Doc. No. 89) is **DEEMED MOOT**.

2. Defendants' Second Motion to Stay (Doc. No. 99) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE