# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THEIA TECHNOLOGIES LLC,** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **THEIA GROUP, INC.** *et al.*, *Defendants* | : : | No. 20-097 |

## ORDER

**AND NOW**, this 25th day of March, 2021, upon consideration of the parties' letters submitted on March 23 and March 24, 2021, and the conference held November 24, 2020 during which the Court discussed referring the parties to a special discovery master, it is **ORDERED** that a special discovery master shall be appointed to oversee all remaining discovery disputes. The parties shall submit a joint report advising the Court of their preference as to Dennis R. Suplee, Bruce P. Merenstein, and Peter Vaira with seven (7) days of this Order.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1