**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| THEIA TECHNOLOGIES LLC, | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 2:20-CV-00097-GEKP |
| THEIA GROUP, INCORPORATED, | : | |
| -- and -- | : | |
| THEIA HOLDINGS A, INC., | : | |
| Defendants. | : | |

**DECLARATION OF JOSEPH FARGNOLI IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT**

I, Joseph Fargnoli, hereby declare as follows:

1. I am Chief Technology Officer for Theia Group, Incorporated, Theia Holdings A, Inc. and Theia Aircraft, LLC ("Theia Group" or "THEIA"). I am personally knowledgeable of the facts stated herein.

2. I have two LinkedIn profiles: one that is active and one that is inactive, meaning that I no longer use it.

3. I understand that on February 23, 2021, James Reid Gorman, Executive Vice President of Theia Group, cancelled THEIA's company LinkedIn page. Shortly thereafter, I also changed the listed employer on my active personal LinkedIn page to "TGI."

4. On April 22, 2021, Mr. Gorman contacted me directly and informed me that my inactive LinkedIn profile still lists my place of employment as "THEIA."

5. I attempted to access my inactive LinkedIn profile, but I was not able to access it because I lost my password. I do not use my inactive account and did not even realize until Mr.

sf-4475086

Gorman contacted me that the account still existed. My active account has over 500 connections, and my inactive account only has 26 connections.

6. I could not reset the password because I no longer have access to the email address I used to create my inactive profile.

7. Because I cannot access my inactive LinkedIn account, I am incapable of changing my listed place of employment from "THEIA" to "TGI" on that profile or deleting the profile altogether.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Grove City, Pennsylvania, this 30th day of April, 2021.

_____
Joseph Fargnoli

2