# FILED UNDER SEAL

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed electronically and is available for viewing and downloading via the CM/ECF system of the United States District Court for the Eastern District of Pennsylvania.

Dated: June 15, 2021

/s/ Delfina S. Homen
Delfina S. Homen