## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**THEIA TECHNOLOGIES LLC,** an
Oregon domestic limited liability company,
       **Plaintiff,**

    v.

**THEIA GROUP, INC.,** a Delaware
corporation, **and THEIA HOLDINGS A,
INC.,** a Delaware corporation,
       **Defendants.**

Case No: 2:20-cv-00097-GEKP

### _REVISED_ MEMORANDUM OF LAW
### IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE

# FILED UNDER SEAL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing has been filed electronically and is available for viewing and downloading via the CM/ECF system of the United States District Court for the Eastern District of Pennsylvania.

Dated: June 15, 2021

/s/ Delfina S. Homen
Delfina S. Homen