IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEIA TECHNOLOGIES LLC, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| THEIA GROUP, INC. *et al.*, *Defendants* | : : | No. 20-097 |

## ORDER

**AND NOW**, this 24th day of June, 2021, upon consideration of Plaintiff's Amended Motion *in limine* (Doc. No. 146) and Defendants' Response in Opposition to the Motion (Doc. No. 178), it is **ORDERED** that the Motion *in limine* (Doc. No. 146) is **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1