IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEIA TECHNOLOGIES LLC, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| THEIA GROUP, INC., *et al.*, | : | |
| *Defendants* | : | No. 20-097 |

# O R D E R

**AND NOW**, this 11th day of March, 2022, upon consideration of the Notice of Receivership and Stay of Proceedings (Doc. No. 196) and Notice of Extension of the Receivership Stay Through July 15, 2022 (Doc. No. 197), it is **ORDERED** that this case shall be placed in **SUSPENSE** until further order from the Court.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1