**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THEIA TECHNOLOGIES LLC,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 20-97 |
| | : | |
| **THEIA GROUP, INC., ET AL.,** | : | |
| Defendants. | : | |
| | : | |

## ORDER

The Parties having not filed the Joint Status Report as attached to the Standing Order issued on July 18, 2024, the Parties shall submit the Joint Status Report within seven days from the date of this Notice. If the Joint Status Report is not filed within the set time set above, the Court may dismiss the complaint without prejudice for lack of prosecution.

Date:   August 6, 2024

ATTEST:                                                                   or BY THE COURT:

*s/ Lenora Wittje*
BY: _____                        _____
Lenora Wittje                                                          PAUL S. DIAMOND, J.
Deputy Clerk