# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THEIA TECHNOLOGIES LLC,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **Civ. No. 20-97** |
| | : | |
| **THEIA GROUP, INC.,** *et al.*, | : | |
|     Defendants. | : | |

## O R D E R

**AND NOW**, this 29th day of August, 2024, it is hereby **ORDERED** that the Defendants respond to Plaintiff's Letter (Doc. No. 205) <u>no later than</u> **September 4, 2024.**

                                         **AND IT IS SO ORDERED.**

                                         */s/ Paul S. Diamond*

                                         _____

                                         Paul S. Diamond, J.