

Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575
reedsmith.com

**Jason D. Angelo**
Direct Phone:  +1 302 778 7570
Email:  jangelo@reedsmith.com

September 4, 2024

**VIA CM/ECF AND E-MAIL**

The Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
14614 United States Courthouse
601 Market Street
Philadelphia, PA 19106
Email:  Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov

Re:   *Theia Technologies LLC v. Theia Group, Inc. et al.*, Civ. No. 2:20-cv-00097-PSD

Dear Judge Diamond:

I write on behalf of Michael Fuqua, federal equity receiver for Theia Group, Inc., Theia Aviation, LLC, and Theia Holdings A, Inc. (the "Receivership Entities") appointed pursuant to the *Order Appointing Michael Fuqua as Receiver* (the "Appointment Order") entered by the United States District Court for the Southern District of New York (the "Receivership Court") on November 8, 2021.  *See* Docket No. 196 (*Notice of Receivership and Stay of Proceedings*); Docket No. 196-1 (Receivership Order).

The Receivership Court empowers the Receiver to "initiate, defend, compromise, adjust, intervene in, dispose of, or become a party to any actions or proceedings in state, federal or foreign court necessary to  preserve or increase the value of the receivership assets or to carry out the Receiver's duties…"  Receivership Order ¶ 9.  Accordingly, in response to the August 13, 2024 correspondence from plaintiff's counsel (Docket No. 205), the Receiver consents, on behalf of the Receivership Entities, to the dismissal of the above-captioned action without prejudice.

Counsel is available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Jason D. Angelo*

Jason D. Angelo, Esq.

JDA:llw

cc:   Counsel of Record (via CM/ECF)

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON