# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THEIA TECHNOLOGIES LLC,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civ. No. 20-97** |
| | : | |
| **THEIA GROUP, INC.,** *et al.*, | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 5th day of September, 2024, it having been reported that Plaintiff consents to dismissal without prejudice (Doc. No. 205) and that the Federal Equity Receiver for Defendant also consents to dismissal without prejudice on Defendant's behalf (Doc. No. 207), it is hereby **ORDERED** that the above action is **DISMISSED** without prejudice. The Clerk of Court **SHALL** close this Case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.